# THE LAW OFFICES OF SEAN M. MAHER, PLLC

April 4, 2022

**MEMO ENDORSED**

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Wilfredo Gonzalez,* 21 Cr. 758 (KMK) and
      *United States v. Wilfredo Gonzalez,* 12 Cr. 111 (KMK) (VOSR)

Dear Judge Karas:

On behalf of defendant Wilfredo Gonzalez, I respectfully write to request that the sentencing hearing currently scheduled for April 19, 2022 be adjourned to a date within the following list of dates: June 23, June 27-30, July 5, and July 7-8, 2022; and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court. I make this request in relation to both Mr. Gonzalez's new case captioned 21 Cr. 758 (KMK) and his companion VOSR case captioned 12 Cr. 111 (KMK). The reason for this request is that I am still in the process of collecting records and mitigation material on behalf of Mr. Gonzalez. This is the first defense request for an adjournment of the sentencing hearing.

I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Steven Kochevar that the government has no objection to the defense's request.

*Granted. The sentence will go forward on July 7, 2022 at 2:30 PM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/4/2022

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Wilfredo Gonzalez*
The Law Offices of Sean M. Maher, PLLC
2796 Sedgwick Avenue, Suite C1
Bronx, NY 10468
(212) 661-5333
(347) 548-9959 fax
smaher@seanmaherlaw.com

cc:   All counsel via ECF